This document constitutes a ruling of the court and should be treated as such.

**Court:** CO Park County District Court 11th JD

**Judge:** Stephen Groome

**File & Serve Transaction ID:** 43067913

**Current Date:** Mar 14, 2012

**Case Number:** 2011CV314

**Case Name:** MOSHER, WILLIAM vs. DEUTSCHE BANK NATIONAL TRUST COMPANY et al

**EFILED Document**
**CO Park County District Court 11th JD**
**Filing Date: Mar 14 2012  9:27AM MDT**
**Filing ID: 43072462**
**Review Clerk: Delia Moreno**

**/s/ Judge Stephen Groome**



**GRANTED**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

*signature*

**Stephen Groome**
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

---

| | |
|---|---|
| DISTRICT COURT, PARK COUNTY, COLORADO<br><br>Court Address:     300 4th Street, P.O. Box 190<br>                             Fairplay, Colorado 80440<br><br>**Plaintiff:**    WILLIAM MOSHER AND LYNN MOSHER<br><br>v.<br><br>**Defendants:**   LONG BEACH MORTGAGE COMPANY, a Delaware corporation, AMERIQUEST MORTGAGE COMPANY, a Delaware Corporation, LONG BEACH MORTGAGE LOAN TRUST 2006-7, a Delaware Trust, DEUTSCHE BANK NATIONAL TRUST COMPANY, a Nevada Corporation, and all unknown persons who claim any interest in the subject matter of this action | ▲ **COURT USE ONLY** ▲<br>Case Number: 2011CV314<br>Div: B |

### ORDER GRANTING UNOPPOSED MOTION OF DEFENDANTS LONG BEACH MORTGAGE COMPANY AND DEUTCHE BANK NATIONAL TRUST COMPANY FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT

       THE COURT, having reviewed the Unopposed Motion of Defendants Long Beach Mortgage Company and Deutsche Bank National Trust Company, as trustee for Long Beach Mortgage Loan Trust 2006-7, erroneously sued as Deutsche Bank National Trust Company, for itself and in its capacity as trustee of Long Beach Mortgage Loan Trust 2006-7, erroneously and separately named as Long Beach Mortgage Loan Trust 2006-7 (collectively, the "Defendants") for Extension of Time to Respond to Plaintiffs William Mosher and Lynn Mosher's (collectively, "Plaintiffs") First Amended Complaint (the "Amended Complaint") and being fully advised in the premises and good cause shown therefor, HEREBY

       ORDERS that the Motion shall be and is hereby GRANTED. The Defendants shall have until April 3, 2012 to answer or otherwise respond to Plaintiffs' Amended Complaint.

       DONE and ENTERED this ____ day of _____, 2012.

                                                    BY THE COURT:

                                                    _____
                                                    District Court Judge

4829-0195-5599.1