IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00729-WJM-MEH

WILLIAM MOSHER and
LYNN MOSHER,

      Plaintiffs,

v.

LONG BEACH MORTGAGE COMPANY, a Delaware corporation,
AMERIQUEST MORTGAGE COMPANY, a Delaware corporation,
LONG BEACH MORTGAGE LOAN TRUST 2006-7, a Delaware Trust, AND
DEUTSCHE BANK NATIONAL TRUST COMPANY, a Nevada corporation, and all unknown persons who claim any interest in the subject matter of this action,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 3, 2012.**

      The Unopposed Motion to Vacate May 21, 2012 Scheduling Conference and Reschedule Deadlines [filed May 1, 2012; docket #19] is **granted in part** and **denied in part**. The Scheduling Conference set in this case for May 21, 2012, at 9:30 a.m. is hereby **converted** to Status Conference at that same time in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

      If counsel choose to do so, they may appear telephonically at the Status Conference by first conferencing together, then calling my Chambers at (303) 844-4507 at the appointed time. Otherwise, please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.