IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00729-WJM-MEH

WILLIAM MOSHER and
LYNN MOSHER,

      Plaintiffs,

v.

LONG BEACH MORTGAGE COMPANY, a Delaware corporation,
LONG BEACH MORTGAGE LOAN TRUST 2006-7, a Delaware Trust,
DEUTSCHE BANK NATIONAL TRUST COMPANY, a Nevada corporation, and all unknown persons who claim any interest in the subject matter of this action,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 29, 2013.**

      The Unopposed Joint Motion to Extend Discovery Cut-off and Dispositive Motion Deadlines [filed January 25, 2013; docket #43] is **granted**. For good cause shown, the Court will amend the Scheduling Order as follows:

      Discovery cutoff:                    **March 25, 2013**
      Dispositive motions deadline:      **April 24, 2013**

      In light of these modifications, the Final Pretrial Conference scheduled in ths case for June 5, 2013, is hereby **vacated** and **rescheduled** for **June 26, 2013**, at **9:30 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

      The parties shall submit their proposed pretrial order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.L. **no later than five (5) business days** prior to the pretrial conference. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures must be submitted in a useable format (i.e., WordPerfect or Word only) and shall be emailed to the Magistrate Judge at *Hegarty_Chambers@cod.uscourts.gov*.

      Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures. All out-of-state counsel shall comply with D.C. Colo. LCivR 83.3C prior to the pretrial conference.

      **The parties shall prepare the proposed pretrial order in accordance with the form**

2

**which may be downloaded from the forms section of the court's website at [http://www.cod.uscourts.gov/Forms.aspx](http://www.cod.uscourts.gov/Forms.aspx). Instructions for downloading are posted in the forms section of the website.**

The parties are further advised that they shall not <u>assume</u> that the court will grant the relief requested in any motion. Failure to appear at a court-ordered conference or to comply with a court-ordered deadline which has not be vacated by court order may result in the imposition of sanctions.

Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. <u>See</u> D.C. Colo. LCivR 83.2B.